# MEMORANDA

OF

# CAUSES NOT REPORTED IN FULL.

---

## NEW YORK COMMON PLEAS — ADDITIONAL GENERAL TERM, APRIL, 1894.

SAMUEL B. PARMLEE, Respondent, v. THE ASSOCIATED PHYSICIANS & SURGEONS, Appellant.

APPEAL from the judgment of the Sixth Judicial District Court of the city of New York.

*D. B. Simpson*, for respondent.

*W. M. Adee*, for appellant.

BOOKSTAVER, J. We think the judgment should be reversed and a new trial ordered on the authority of *Bohm* v. *Loewers Brewing Company*, 16 Daly, 80; *Rathbun* v. *Snow*, 15 id. 141; 123 N. Y. 343; *Westerfield* v. *Radde*, 7 Daly, 326. Costs to appellant to abide the event.

BISCHOFF, J., concurs.

Judgment reversed, new trial ordered, costs to appellant to abide event.